# First District Court of Appeal
## State of Florida

_____

No. 1D18-4804

_____

KALLE DELMAR WILLIAMS,

Appellant,

v.

DEPARTMENT OF REVENUE and
SASSALEY YVONNE BENNETT,

Appellees.

_____


On appeal from the Division of Administrative Hearings.
Garnett Chisenhall, Judge.

June 17, 2019


PER CURIAM.

AFFIRMED.

RAY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Frederick L. Koberlein of Koberlein Law Offices, PLLC, Lake City, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellees.